■ 107 West 13th Street Realty Corp., Appellant, v Arthur S. Mantel, Respondent. [618 NYS2d 1016] —Order and judgment (one paper), Supreme Court, New York County (Burton Sherman, J.), entered on or about March 31, 1993, unanimously affirmed for the reasons stated by Sherman, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.

■ The People of the State of New York, Respondent, v Marcus Bezear, Appellant. [617 NYS2d 717] —Judgment, Supreme Court, New York County (Franklin Weissberg, J.), rendered May 7, 1991, convicting defendant, upon his guilty plea, of rape in the first degree (two counts), and sentencing him, as a persistent violent felony offender, to concurrent terms of 20 years to life, unanimously affirmed.

Contrary to defendant's contention, the action of the hotel's private security guard is not subject to Fourth Amendment challenge *(see, People v Ray,* 65 NY2d 282). In any event, we note that the record shows that the private security guard had ample basis to detain the defendant for criminal trespass based upon defendant's lack of any substantiated reason for being in the premises *(see, People v Rodriguez,* 159 AD2d 201, *lv denied* 76 NY2d 742). Concur—Carro, J. P., Wallach, Kupferman, Ross and Williams, JJ.